PROB 72
REVISED (05/90)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ JE _____ D.C.

05 NOV 30 AM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. __Tabatha Boyd__          Docket No. __2:99CR20069-001__

### Petition on Probation and Supervised Release

**COMES NOW** __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Tabatha Boyd__ who was placed on supervision by the Honorable __Jon Phipps McCalla__ sitting in the Court at __Memphis, Tennessee__, on the __4th__ day of __October__, __1999__ who fixed the period of supervision at __three (3) years*__ and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall undergo drug/alcohol treatment and testing as directed by the Probation Office.
2. The defendant shall seek and maintain employment.
3. The defendant shall submit to financial and mental health counseling as directed by the Probation Office.
4. The defendant shall pay restitution in the amount of $3,623.09. (Balance: $2,077.04)

\*   Supervised Release began on April 20, 2002.

\*\*  On December 10, 2003, Supervised Release was revoked by Honorable Samuel H. Mays, Jr., who sentenced her to Time Served with an additional two (2) year term of Supervised Release with the same Special Conditions as before, plus an additional Special Condition requiring four (4) months of Home Confinement. (Completed)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Tabatha Boyd's Supervised Release is due to expire on December 9, 2005, but she has not paid restitution in full. While she has been gainfully employed, her ability to pay is subject to receipt of child support payments. Ms. Boyd has recently agreed, by executing a voluntary payroll deduction form, to have her employer make regular deductions for future restitution payments.

**PRAYING THAT THE COURT WILL ORDER** that Tabatha Boyd's Supervised Release be allowed to expire as scheduled on December 9, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

| **ORDER OF COURT** | Respectfully, |
|---|---|
| Considered and ordered this 29th day of Nov. 2005 and ordered filed and made a part of the records in the above case. | _Edward E. Shaw_ signature<br>Edward E. Shaw, U.S. Probation Officer<br>Electronic Monitoring Specialist |
| _signature_<br>United States District Judge | Place: __Memphis, TN__<br>Date: __November 17, 2005__ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12-05-05__

74



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:99-CR-20069 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT